IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EASTERN ELECTRIC CORPORATION OF NEW JERSEY | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 08-5478 |
| RUMSEY ELECTRIC COMPANY | : : : | |
| v. | : : | |
| SIEMENS ENERGY & AUTOMATION, INC. | : : | |

## ORDER

AND NOW, this  8th  day of April, 2010, upon consideration of Siemens Energy & Automation, Inc.'s Motion to Dismiss Third-Party Complaint (Doc. No. 15), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and the Third-Party Complaint (Doc. No. 12) is DISMISSED without prejudice.

IT IS SO ORDERED.

BY THE COURT:

/s/ *R. BARCLAY SURRICK*
U.S. DISTRICT COURT JUDGE